# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUGUANG ZHAO,<br>  Plaintiff,<br><br>  v.<br><br>CAPITAL ONE, N.A., et al.,<br>  Defendants. | CV 19-5362 DSF (JCx)<br><br>Order re Lack of Prosecution |

  Plaintiff's response to the Court's September 26 order to show cause re dismissal for lack of prosecution is inadequate and does not demonstrate good cause for failure to prosecute. Plaintiff's counsel claims that he did not serve Defendants because he was pursuing settlement talks. This is not good cause for failure to serve process. Plaintiff's counsel also claims that the Defendants have now been served, but the documents attached to the response that are supposed to demonstrate service fail to do so.

  The Court will allow Plaintiff one last chance to establish that this case will be prosecuted in a timely manner. Plaintiff is to file a response, in writing, no later than November 1 that provides proof that Defendants have been properly served with the complaint and summons in this action.

  IT IS SO ORDERED.

Date: 10/21/2019

                _____
                Dale S. Fischer
                United States District Judge